Decided December 30, 2003

STATE OF CONNECTICUT *v.* RAMON LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 902 (AC 23342), is denied.

*Todd A. Bussert*, special public defender, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided December 30, 2003

DAVID BURNS ET AL. *v.* GENERAL MOTORS CORPORATION ET AL.

*William J. Ward*, in support of the petition.

Decided December 30, 2003

ROBERT E. MARTIN, JR. *v.* TOWN OF WESTPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 80 Conn. App. 901 (AC 23680), is denied.